UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE:**

THOMAS SEGER RICE and							Case No. 09-04444-jrh
CRYSTAL MARIE RICE, a/k/a,						Chapter 7
CHRYSTAL MARIE JONES, a/k/a
CRYSTAL MARIE LaFAVOR,

     Debtors.
_____

VONLEE N. TITLOW,

     Plaintiff,

v.										Adversary Pro. No. 09-80208

CRYSTAL MARIE RICE,

     Defendant.
_____

**NOTICE OF TRANSMITTAL REGARDING**
**MOTION FOR WITHDRAWAL OF REFERENCE**

**TO:  CLERK OF THE UNITED STATES DISTRICT COURT**

A Motion for Withdrawal of Reference was filed with the U.S. Bankruptcy Court on **May 29, 2009** in the above referenced adversary proceeding.  This motion seeks to withdraw reference of the entire adversary proceeding.

**DOCUMENTS TRANSMITTED:**

    1.    Motion to Withdraw the Reference to Federal District Court.

    2.    Certified Copy of Bankruptcy Court's Docket in Adversary Proceeding No. 09-80208.

**COUNTY OF**
**DEBTORS'**
**RESIDENCE:**      Ingham

**RELATED CASES:**    N/A

**REMARKS:**           N/A

                                      **Daniel M. LaVille, Clerk**
                                      **United States Bankruptcy Court**

                                      **By:  /s/**
                                      **Diane B. Veenkamp**
                                      **Deputy Clerk**

**Date Transmitted:  June 10, 2009**